

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00870-CR

Analina **RAMOS-SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B13558
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 11, 2015.

_____
Jason Pulliam, Justice